ORIGINAL

RECEIVED
FEB 28 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Kevin Trudeau v. United States

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Eric L. Hirschhorn

Firm Name: Winston & Strawn LLP

Post Office Box: 05- 263C

Street Address: 1400 L Street, N.W.

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: 202 371-5706 (fax 202 371-5950)

E-mail address: ehirschhorn@winston.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of contract between plaintiff and the Federal Trade Commission

Government Agency Involved: 0

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** -

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003