IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KEVIN TRUDEAU, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-263C |
| | ) | (Judge George W. Miller) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian M. Simkin as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

BRIAN M. SIMKIN
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: March 14, 2005

s/Brian M. Simkin
BRIAN M. SIMKIN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 514-4325
Facsimile: (202) 514-7969

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on this 14th day of March, 2005, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

Eric L. Hirschhorn, Esquire
Winston & Strawn, LLP
1400 L Street, NW
Washington, D.C. 20005

s/Brian M. Simkin