ORIGINAL

FILED
OCT 4 2005
U.S. COURT OF
FEDERAL CLAIMS

**UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**Case Number 05-263C**

Kevin Trudeau, Plaintiff,

v. **NOTICE OF APPEAL**

United States, Defendant.

Notice is hereby given that Kevin Trudeau, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action September 26, 2005.

Eric L. Hirschhorn
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
202 282.5706

Counsel for Kevin Trudeau