CFC

ORIGINAL

FILED
SEP 15 2006
U.S. COURT OF FEDERAL CLAIMS

NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

06-5004

KEVIN TRUDEAU

Plaintiff-Appellant,

v.

UNITED STATES

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: SEP 15, 2006

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 05-CV-263

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUN 13 2006
JAN HORBALY CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, Circuit Judge, CLEVENGER, Senior Circuit Judge, and PROST, Circuit Judge)

AFFIRMED. See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED* JUN 13 2006

[signature]
*Jan Horbaly, Clerk*

Issued as Mandate: SEP 15 2006

COSTS:

Printing .................................... $ 399.20

Total........................................ $ 399.20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JUN 2 3 2006

RECEIVED
JUN 2 3 2006
United States Court of Appeals
For The Federal Circuit

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 06-5004 Caption: TRUDEAU v. UNITED STATES

The Clerk is requested to tax the following costs against: KING, Plaintiff-Appellant

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | 7 | 6.00 | 6.00 | 42.00 | 42.00 |
| Table or Compilation of Designated Materials (copying and collating) | 15 | 7 | 0.08 | 0.08 | 8.40 | 8.40 |
| Brief (original) | xxxxx | 44 | 6.00 | 6.00 | 264.00 | 264.00 |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | 32.00 |
| Brief (copying and collating) | 15 | 44 | 0.08 | 0.08 | 52.80 | 52.80 |
| Appendix (original - table of contents) | xxxxx | N/A | 6.00 | 6.00 | | |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Other (describe): | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | 399.20 | 399.20 |

City/County of Washington, District of Columbia

I, Brian Simkin, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 6/23/06 Attorney for: United States, Defendant-Appellee

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 23rd day of June, 2006, I caused to be served by first class mail, postage prepaid, copies of "BILL OF COSTS," addressed as follows:

Eric L. Hirschhorn, Esq.
Winston & Strawn LLP
1700 K Street, N.W., 11th Floor
Washington, DC 20006-3817